

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>Jesus OSORIO Preciado.<br><br>                    Defendant. | Magistrate Case No. 08 MJ 8302<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about April 04, 2008, within the Southern District of California, defendant Jesus OSORIO Preciado. did knowingly and intentionally import approximately 66.14 kilograms (145.50 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 31, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7TH, DAY OF APRIL 2008.

_____
Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, Special Agent Joe Morquecho, declare under penalty of perjury, the following is true and correct:

On April 04, 2008 at approximately 1458 hours, Jesus OSORIO Preciado, entered the United States at the Calexico, California, East Port of Entry. OSORIO was the driver of 2000 Ford Windstar. OSORIO said that his mother in law owned of the vehicle and that he was on his way to Wal-Mart in Calexico, CA. Officer Lee noted that the vehicle appeared to be leaning forward in an unusual manner. OSORIO gave Primary Officer Lee, a negative oral customs declaration. Officer Lee referred OSORIO and the vehicle to the vehicle secondary lot. In the vehicle secondary lot, Officer Barnes noted that OSORIO looked nervous and was trembling. Officer Barnes asked OSORIO where he was going, to which OSORIO stated that he was going to downtown Calexico to shop. Officer Barnes requested that Canine Enforcement Officer (CEO) Ragsdale screen the vehicle for contraband with his assigned Human Narcotic Detector Dog (HNDD). CEO Ragsdale noted that his HNDD alerted to the vehicle. A subsequent inspection of the vehicle revealed 18 packages in the dash board of the vehicle. Officer Barnes probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 18 packages had a combined net weight of approximately 66.14 kilograms (145.50 pounds).

OSORIO was placed under arrest and advised of his Constitutional Rights, which he acknowledged. OSORIO was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.

Executed on April 5, 2008 (date) at 1115 (hours).

Joe Morquecho
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on 4-4-08 in violation of Title 21, United States Code, Section(s) 952, 960.

United States Magistrate Judge

4-5-08 @ 11:19 a.m.
Date/Time