**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Osorio-Preciado

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                    )<br>              Plaintiff,                          )<br>                                                    )<br>v.                                                 )<br>                                                    )<br>**JESUS OSORIO-PRECIADO,**      )<br>                                                    )<br>                                                    )<br>              Defendant.                     )<br>_____ ) | Case No. 08MJ8302<br><br><br><br>**NOTICE OF APPEARANCE** |

       Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                     Respectfully submitted,

Dated: April 9, 2008                          /s/ *Candis Mitchell*
                                                      **CANDIS L. MITCHELL**
                                                        Federal Defenders of San Diego, Inc.
                                                        Attorneys for Mr. Osorio-Preciado
                                                       Candis_Mitchell@fd.org

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 9, 2008             /s/ Candis Mitchell
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Candis_Mitchell@fd.org